**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ERIC T. MILLER, | ) | |
|       DEBTOR, | ) | CASE NO. 13-76000-MHM |
| | ) | |
| | ) | |

**NOTICE OF HEARING ON MOTION TO RECONSIDER**
**AND VACATE ORDER OF DISMISSAL**

**PLEASE TAKE NOTICE** that **ERIC T. MILLER** has filed a **Motion to Reconsider and Vacate Order of Dismissal** and related papers with the Court seeking an order to vacate the Order of Dismissal.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion to Reconsider and Vacate Order of Dismissal** in Courtroom **1204**, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, at **1:45 p.m.** on **December 18, 2014.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when,

how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is*:* Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303.   You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully submitted, this 26th day of November, 2014.

                                                                     _____/s/_____
                                                                      Mario "Marty" L. Adkins
                                                                      Ga. Bar No.: 005393

3401 Norman Berry Drive, Suite 266
Atlanta, GA 30344
(404) 763-3623
madkinslaw@gmail.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ERIC T. MILLER, | ) | |
| DEBTOR, | ) | CASE NO. 13-76000-MHM |
| | ) | |
| | ) | |

**MOTION TO RECONSIDER AND VACATE ORDER OF DISMISSAL**

Comes Now, Debtor(s) in the above-styled case and shows this Honorable Court the following:

1.

Eric T. Miller filed the above case on December 2, 2013. The Court confirmed the Chapter 13 Plan on September 18, 2014.

2.

On or about November 20, 2014, the Court dismissed the above-styled case (Doc. No. 74). The dismissal was based on the Trustee's Supplemental Report dated November 19, 2014 (Doc. No. 73).

3.

The Trustee's Supplemental Report referenced the Supplemental Order of Confirmation of October 1, 2014, which required on-time payments for twelve months following the entry of the Order (Doc. No. 64).

4.

At the time of the Trustee's Supplemental Report, plan payments were due for October and November 2014.

5.

The missed payments resulted from a temporary decline in income for Mr. Miller.

6.

Mr. Miller now has sufficient income to resume his payments. It is anticipated the plan payments will be current at the time of the hearing on this Motion.

7.

Mr. Miller could lose his vehicle and substantial equity in real property should the dismissal not be vacated. Both the vehicle and real property is necessary for an effective reorganization. It is in the best interests of the estate and the creditors that the dismissal be vacated.

WHEREFORE, Debtor prays for the following:

(a) That the Order of Dismissal be vacated;

(b) That the Court re-impose the automatic stay as to all creditors;

(d) (e) That Debtor have all other and further relief that is just and proper.

Respectfully submitted, this 26th day of November, 2014.

_____/s/_____
Mario "Marty" L. Adkins
Ga. Bar No.: 005393

3401 Norman Berry Drive, Suite 266
Atlanta, GA 30344
(404) 763-3623
madkinslaw@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the parties below with a true copy of the foregoing, attached "Notice of Hearing on Motion to Reconsider and Vacate Order of Dismissal" and "Motion to Reconsider and Vacate Order of Dismissal" by U.S. Mail, First Class, with appropriate prepaid postage affixed, addressed as follows:

Adam Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree St.
Atlanta, GA 30303

All those parties shown on
Label Matrix for local noticing 113E-1;
Case 13-76000-mhm, which is attached
hereto and incorporated by reference herein

So served, this 26th day of November, 2014.

_____/s/_____
Mario "Marty" L. Adkins
Ga. Bar No.: 005393

```
Label Matrix for local noticing        Mario Marty L. Adkins                  Ashley Funding Services LLC
113E-1                                  Suite 266                             c/o Resurgent Capital Services
Case 13-76000-mhm                       3401 Norman Berry Drive               P.O. Box 10587
Northern District of Georgia            Atlanta, GA 30344-5102                Greenville, SC 29603-0587
Atlanta
Wed Nov  5 10:27:15 EST 2014

Automobile Acceptance                   Ayoub & Mansour, LLC                  BB&T, Bankruptcy Section
749 Main Street                         Atten: Carolina D. Bryant             100-50-01-51
Riverdale, GA 30274-2398                675 Seminole Ave., Ste. 301           P.O. Box 1847
                                        Atlanta, GA 30307-3414                Wilson, NC 27894-1847


Carolina Dallal Bryant                  (c)CAC FINANCIAL CORP.                Central Financial Control
Ayoub & Mansour, LLC                    RE: DALLAS CARDIO                     Re: So. Fulton Hospital
Suite 301                               2601 NW EXPRESSWAY STE 1000E          PO Box 66044
675 Seminole Ave.                       OKLAHOMA CITY OK   73112-7238         Anaheim, CA 92816-6044
Atlanta, GA 30307-3414


City of Allen                           DeKalb County                         DeKalb County Tax Commissioner
305 Century Pkwy.                       Treasury & Accounting Division        Collections Division
Allen, TX 75013-8042                    Attn: Bankruptcy                      PO Box 100004
                                        P.O. Box 1027                         Decatur, GA 30031-7004
                                        Decatur, Georgia 30031-1027


Dekalb County Water and Sewer           Dekalb Dept. of Watershed Mgt         EOS / CCA
1300 Commerce Drive                     1580 Roadhaven Drive                  700 Longwater Dr.
Decatur, Georgia 30030-3222             Stone Mountain, GA 30083-1316         Norwell, MA 02061-1624



Frost Arnett Company                    Adam M. Goodman                       Adam M. Goodman
Re: DeKalb Anest.                       Adam M. Goodman, 13 Trustee           Chapter 13 Trustee
PO Box 198988                           Suite 200                             Suite 200
Nashville, TN 37219-8988                260 Peachtree Street                  260 Peachtree Street
                                        Atlanta, GA 30303-1236                Atlanta, GA 30303-1236


(p)JEFFERSON CAPITAL SYSTEMS LLC        Richard B. Maner                      Merchants & Med. Bureau
PO BOX 7999                             Richard B. Maner, P.C.                Re: Ga. Farm Bureau
SAINT CLOUD MN 56302-7999               5775 Glenridge Drive                  321 Main St. South
                                        Building D, Suite 100                 Tifton, GA 31794-4897
                                        Atlanta, GA 30328-5390


Eric T Miller                           Oakmont Holdings, LLC                 Paramont Recovery Sys.
3606 Bouldercrest Rd.                   675 Seminole Ave.                     Re: Questcare
Ellenwood, GA 30294-1631                Ste. 301                              111 E. Center St.
                                        Atlanta, GA 30307-3414                Lorena, TX 76655-9651


Professional Placement                  Quantum3 Group LLC as agent for       RAC Acceptance
Re: Guaranty Bank                       Galaxy International Purchasing LLC   5501 Headquarters Dr.
316 N. Milwaukee St., St. 410           PO Box 788                            Plano, TX 75024-5837
Milwaukee, WI 53202-5888                Kirkland, WA 98083-0788


RAC Acceptance                          RS Clark & Assoc.                     SLS
Re: American Signature                  12990 Pandora                         8742 Lucent Blvd., Ste. 300
3001 Stonecrest Promenade               Ste. 150                              Highlands Ranch, CO 80129-2386
Lithonia, GA 30038-6991                 Dallas, TX 75238-5256
```

```
Specialized Loan Servicing LLC        Specialized Loan Servicing LLC        Sprint Correspondence
c/o Richard B. Maner, PC              8742 Lucent Blvd, Suite 300           Attn Bankruptcy Dept
5775 Glenridge Drive                  Highlands Ranch, CO 80129-2386        PO Box 7949
Building D Suite 100                                                        Overland Park KS 66207-0949
Atlanta, GA 30328-5380


Suntrust Bank                         (p)TXU ENERGY RETAIL COMPANY LP       TXU Energy Retail Company LLC
DDA Recovery Dept.                    CO BANKRUPTCY DEPARTMENT              CO Bankruptcy Department
WRMK 9394                             PO BOX 650393                         PO Box 650393
Richmond, VA 23260                    DALLAS TX 75265-0393                  Dallas TX  75265-0393



TitleMax                              (p)TMX FINANCE LLC FORMERLY TITLEMAX
901 W. Parker Road                    15 BULL STREET
Plano, TX 75023-7134                  SUITE 200
                                      SAVANNAH GA 31401-2686
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC         TXU Energy                            TitleMax Of Texas
Po Box 7999                           P.O. Box 2270                         Ste. 200
Saint Cloud Mn 56302-9617             Palestine, TX 75802                   15 Bull St.
                                                                            Savannah, GA 31401


(d)TitleMax of Georgia, Inc. d/b/a TitleMax
15 Bull Street, Suite 200
Savannah, GA 31401
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
CAC Financial Corp.
RE: Dallas Cardio
2601 NW Expressway, Ste 1000 E
Oklahoma City, OK 73112
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Oakmont Holdings, LLC              (d)Quantum3 Group LLC as agent for    End of Label Matrix
                                      Galaxy International Purchasing LLC   Mailable recipients     37
                                      PO Box 788                            Bypassed recipients      2
                                      Kirkland, WA  98083-0788              Total                   39
```